In the Matter of McLAREN'S ESTATE.

*(Surrogate's Court, New York County, Filed, January, 1894.)*

1. EXECUTORS, ETC.—COMMISSIONS.

    In case of an equitable conversion of realty, where the estate is held by the executors unconverted, they are not entitled to commissions on the principal.

2. SAME.

    The value of the real estate, in such case, may be considered in determining the commissions to which they are entitled on the income.

Proceedings for the judicial settlement of the accounts of the executors.

Estes, Barnard & Tiffany, for executors; P. H. Vernon, for legatees.

FITZGERALD, S.—An equitable conversion of the realty has been effected by the power of sale given by the will to the executors. The estate, however, is held by the executors as such, and the real estate being, as yet, unconverted, they are not entitled to commissions on the principal thereof. The value of the real estate, however, can be taken into consideration in ascertaining whether the value of the estate of decedent was $100,000 in excess of debts, for the purpose of determining the commissions to which the executors are entitled on income. The decree should provide for the retention of the estate by the executors, upon the trust in the will. There is insufficient evidence before the court upon which to decide the question as to the value of the real estate unsold, and I have referred the matter.

Ordered accordingly.